UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LUNA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, et al.,<br><br>　　　　Defendants. | No. 2:23-cv-01807-DAD-JDP<br><br>ORDER ADOPTING IN FULL FINDINGS AND RECOMMENDATIONS AND DISMISSING CERTAIN OF PLAINTIFF'S CLAIMS<br><br>(Doc. No. 11) |

Plaintiff David Luna is an individual proceeding *pro se* and *in forma pauperis* in this action brought pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 16, 2024, the assigned magistrate judge screened plaintiff's first amended complaint (Doc. No. 10) and issued findings and recommendations recommending that plaintiff's claim for deliberate indifference under the Eighth Amendment and plaintiff's claim brought against defendant Jimenez be dismissed. (Doc. No. 11 at 2–3.) Specifically, the magistrate judge concluded that, because plaintiff was a pretrial detainee during the alleged events, plaintiff's claim for inadequate medical care arises under the Fourteenth Amendment rather than the Eighth Amendment. (*Id.* at 1 n.1.) Additionally, the magistrate judge concluded that plaintiff had failed to sufficiently that defendant Jimenez was involved in, aware of, or responsible for the medical

1

care provided to plaintiff at the Sacramento County Jail.  (*Id.* at 3.)  Because plaintiff had already been afforded an opportunity to amend his complaint, the magistrate judge concluded that leave to amend should not be granted as to plaintiff's dismissed claims.  (*Id.*)

The pending findings and recommendations were served on plaintiff by mail at his address of record and contained notice that any objections thereto were to be filed within fourteen (14) days after service.  (*Id.* at 4.)  On February 2, 2024, the service copy of the pending findings and recommendations (Doc. No. 11) was returned to the court marked as "Undeliverable, Not in Custody."[1]  To date, no objections to the findings and recommendations have been filed, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on January 16, 2024 (Doc. No. 11) are adopted in full;
2. All of plaintiff's claims, other than plaintiff's claim brought against defendants Romig, Garcia, and Lo for violation of the Fourteenth Amendment, are dismissed without leave to amend; and
3. This matter is referred back to the magistrate judge for further proceedings consistent with this order.

IT IS SO ORDERED.

Dated:  **March 14, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

---

[1] As a party appearing *pro se*, it is plaintiff's responsibility to keep the court advised as to his current address.  *See* Local Rule 183(b).