UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LUNA,<br><br>    Plaintiff,<br><br>    v.<br><br>SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, et al.,<br><br>    Defendants. | No. 2:23-cv-01807-DAD-JDP (PC)<br><br>ORDER ADOPTING IN FULL FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION DUE TO PLAINTIFF'S FAILURE TO PROSECUTE AND FAILURE TO COMPLY WITH COURT ORDERS<br><br>(Doc. No. 14) |

Plaintiff David Luna is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 24, 2024, the assigned magistrate judge issued findings and recommendations recommending that this matter be dismissed due to plaintiff's failure to prosecute and failure to comply with court orders. (Doc. No. 14 at 1.) Specifically, the magistrate judge noted that on "January 16, 2024, the court ordered plaintiff to complete and return to the court, within thirty days, the USM-285 forms necessary to effect service on defendants." (*Id.*) "Plaintiff failed to comply with that order." (*Id.*) On July 10, 2024, the magistrate judge "ordered plaintiff to show cause why this action should not be dismissed for failure to prosecute and to comply with court

orders." (*Id.*) "Plaintiff has not responded to the order to show cause, and the time to do so has now passed." (*Id.*)

The findings and recommendations contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 3.) On October 24, 2024, the court served the pending findings and recommendations on the parties, including on plaintiff at the record address. (Doc. No. 14.) It is plaintiff's responsibility to keep the court apprised of his current address at all times, and service of documents at the record address of the party is fully effective. Local Rule 182(f). On October 31, 2024, the findings and recommendations served on plaintiff by mail were returned to the court marked as undeliverable, and a January 9, 2025 deadline was set for plaintiff to file a notice of change of address. (Doc. No. 14.) To date, no notice of change of address or objections have been filed, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on October 24, 2024 (Doc. No. 14) are ADOPTED IN FULL;

2. This action is DISMISSED, without prejudice, due to plaintiff's failure to prosecute this action and failure to comply with court orders; and

3. The Clerk of the Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated: **April 8, 2025**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE